UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LATONYA HAREWOOD,

                      Plaintiff,

                                                                     **ORDER**
     -against-                                       CV 06-825 (JS)(ARL)

MARRIOTT INTERNATIONAL, INC., et al.,

                      Defendants.
-------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Before the court is the defendants' letter motion, dated March 8, 2007, seeking to compel the plaintiff to disclose the identity of an alleged comparator, who, according to the plaintiff, complained about sexual harassment at the plaintiff's place of employment and whose complaint was handled differently than the plaintiff's complaint. Alternatively, the defendants seek to preclude the plaintiff from introducing any evidence regarding this alleged complainant and her complaint because of the plaintiff's failure to disclose her identity during discovery. The application is granted as unopposed. The plaintiff shall either disclose the identity of this individual to the defendants by March 23, 2007 or be precluded from offering evidence concerning this individual and/or her complaint at trial.

Dated:  Central Islip, New York
          March 20, 2007

                                                                     /s/
                                                         _____
                                                         ARLENE ROSARIO LINDSAY
                                                         United States Magistrate Judge